Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ., concur.

WILMA G. WOODCOCK, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 24198.) DEWEY STANTON, Individually and as Guardian ad Litem of RUTH STANTON, Infant, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 24199).—

Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

CAULDWELL-WINGATE COMPANY et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 21953.)